# WAIVER OF RIGHTS PURSUANT TO SPEEDY TRIAL ACT OF 1984

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No 1:16CR226 |
| Plaintiff, ) | |
| ) | Judge Adams |
| vs. ) | |
| NICOLE GATES ) | |
| Defendant. ) | |

The attorneys for the respective parties and the defendant, with the consent of the Court, hereby waive the rights to speedy trial pursuant to the provisions of Title 18, United States Code, § 3161(h)(7)(A) and (B)(iv). The Court declares this case complex.

As grounds for continuance, the Court finds that the ends of justice served by granting the motion for continuance outweigh the best interest of the public and defendant in a speedy trial, because failure to grant such a continuance would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence

_____     _____
Assistant United States Attorney          Counsel for Defendant

_____
Defendant

_____     October 19, 2016
John R. Adams                                      DATE
UNITED STATES DISTRICT JUDGE